
FILED
CLERK, U.S. DISTRICT COURT
JAN 11 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON FITZPATRICK, <br><br> Defendant. | SACR 14-00005-JLS <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( X ) the appearance of defendant as required; and/or

(B) ( X ) the safety of any person or the community.

//

//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply w/ conditions of release. Also, serious criminal history and possible substance abuse

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will make his court appearance or comply with conditions of release. Also, he lacks adequate bail resources.

IT IS ORDERED that defendant be detained.

DATED: 1-11-18

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE