

FILED
CLERK, U.S. DISTRICT COURT

MAR 23 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** | **CASE NUMBER** |
| v. | 8:14-cr-00005-JLS |
| Brandon Fitzpatrick | **ORDER OF TEMPORARY DETENTION** |
| **DEFENDANT(S).** | **PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Friday, March 26</u>, <u>2021</u>, at <u>2:30</u> ☐a.m. / ☒p.m. before the Honorable <u>Autumn D. Spaeth</u>, in Courtroom <u>10D</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>3/23/21</u>

_____
U.S. ~~District Judge~~/Magistrate Judge

**AUTUMN D. SPAETH**